UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

      **v.**      **2021 mj 495**

**JOHN A. SCHUBERT**

### NOTICE OF APPEARANCE

Heather Shaner hereby enters her appearance as counsel for defendant.

Respectfully submitted,

/s/

Heather Shaner #273276
Retained
1702 S Street N.W,
Washington, D.C. 20009
Tel. 202 265 8210

hhsesq@aol.com